UTICA,
Aug. 1824.

Bennett
v.
Davis.

BENNETT *against* N. DAVIS and W. M. DAVIS.

The judgment and proceedings in entering up a judgment in one term cannot be made to relate to, and be entitled as of a term preceding.

And where a bond and warrant of attorney to confess judgment, were executed by two, on the 10*th* *April*, 1824, and one of them died on the 14*th* *April*, a judgment entered thereon during the subsequent *May* term, as of the preceding *February* term, was set aside as irregular.

JUDGMENT for the plaintiff on bond and warrant of attorney. The proper papers were filed, and the judgment perfected, on the 6*th* day of *May* last, being after the commencement of *May* term. The bond and warrant were executed the 10*th* of *April* last, the latter containing the usual clause authorizing any attorney, &c. in term or vacation, &c. to confess judgment for the obligors, and to release all errors, &c. The declaration was entitled of *February* term, 1824, and the *placita* was of the same term. *N. Davis,* one of the defendants, died on the 14*th April* last.

*J. A. Spencer,* moved to set aside the judgment as irregular, on the ground that *N. Davis,* one of the defendants, died before the term at which the judgment was entered. He said, the judgment being entered in *May* term, could not be made to relate to the previous term. If this should be deemed an error, and, as such, capable of being released, within the provision in the warrant of attorney, the power conferred by that instrument was gone, being revoked by the death of *N. Davis.* He referred to 1 *Dunl. Pr.* 364, *and the cases there cited,* and *Gee* v. *Lane,* (15 *East,* 592.)

*G. C. Bronson,* contra, cited *King* v. *Shaw,* (3 *John. Rep.* 142) *Mackay* v. *Rhinelander,* (1 *John. Cas.* 410) 2 *Archb. Pr.* 15 ; *Tidd,* 495 ; *Gladwin* v. *Scott,* (*Barn.* 53) *Odes* v. *Woodward,* (2 *Ld. Raym.* 766 ; *id.* 849, *S. C.*) 1 *Salk.* 87, *S. C. ;* 3 *Salk.* 116, *S. C. ;* 1 *Saund.* 219, *e.*

*The Court* set aside the proceedings as irregular, upon the grounds taken by Mr. *Spencer.*

Rule accordingly.